\

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1271**

---

ANDRE NEWTON JONES,

Petitioner,

versus

U. S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A38-577-485)

---

Submitted: November 16, 1999     Decided: December 10, 1999

---

Before MURNAGHAN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jeffrey Brian O'Toole, O'TOOLE, ROTHWELL, NASSAU & STEINBACH, Washington, D.C., for Petitioner. John Joseph Andre, UNITED STATES DEPARTMENT OF JUSTICE, David Michael McConnell, OFFICE OF IMMIGRATION LITIGTION, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Newton Jones petitions for review of a final order of deportation issued by the Board of Immigration Appeals. Jones is a resident alien facing deportation for having been convicted of an aggravated felony under Section 241(a)(2)(A)(iii) of the Immigration and Nationality Act, codified at 8 U.S.C.A. § 1227(a)(2)(A)(iii)(West 1999). Because Jones is an alien who was convicted of a deportable criminal offense, the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, § 309(c)(4)(G), 110 Stat. 3009, divests this court of subject matter jurisdiction over his case. See Hall v. INS, 167 F.3d 852, 854 (4th Cir. 1999); see also Morel v. INS, 144 F.3d 248, 251-52 (3d Cir. 1998).

Accordingly, we grant the Immigration and Naturalization Service's motion to dismiss the petition for judicial review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED